UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADFORD HINES,<br><br>      Plaintiff,<br><br> v.<br><br>CITY OF CLYDE HILL POLICE DEPARTMENT, CHIEF WILLIAM ARCHER, OFFICER BARTLET, et al.,<br><br>      Defendants. | No. 2:17-cv-01265 RSL<br><br>ORDER GRANTING DISMISSAL OF THE AMENDED COMPLAINT PER FRCP 41 |

This matter having come before the Court on "STIPULATION FOR AN ORDER OF DISMISSAL OF THE AMENDED COMPLAINT PER FRCP 41." Dkt. # 15. The stipulated motion is GRANTED. Plaintiff's Amended Complaint is hereby DISMISSED without prejudice and without assessment of costs or fees to any party.

IT IS FURTHER ORDERED that the Plaintiff Bradford Hines may not refile any action in any court based on the same operative facts as set forth in the Amended Complaint filed with this Court unless he is represented by an attorney in good standing admitted to practice in the State of Washington who has signed any new compliant in conformance with FRCP 11.

Dated this 3rd day of November, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING DISMISSAL OF THE AMENDED
COMPLAINT PER FRCP 41 - 1